PROB 12C
(7/93)

Report Date: June 22, 2012

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 5 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Ramiro Villa                Case Number: 2:10CR06090-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 4/1/2010

Original Offense:       Bulk Cash Smuggling, 31 U.S.C. § 5616 & 5332

Original Sentence:      Probation - 36 Months        Type of Supervision: Probation/Supervised Release

Asst. U.S. Attorney:    Alexander Carl Ekstrom       Date Supervision Commenced: 2/24/2011

Defense Attorney:       To be determined             Date Supervision Expires: 2/23/2013

---

## PETITIONING THE COURT

**To issue a summons.**
The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ramiro Villa is considered in violation of his term of supervised release for using a controlled substances on February 27, 2012; May 23, 2012; June 5, 2012; and June 19, 2012.<br><br>On February 27, 2012, Mr. Villa submitted a drug test which was presumptive positive for opiates. The defendant denied any opiate use and the sample was sent to the laboratory. Alere Laboratory confirmed the urine sample was positive for morphine.<br><br>On May 23, 2012, Mr. Villa had a positive drug test for marijuana. He admitted he last used on May 8, 2012. The defendant had a positive test for marijuana on or about June 5, 2012. He again stated he last used on May 8, 2012. Mr. Villa's most recent drug test, submitted on June 19, 2012, was positive test for marijuana, methamphetamine, and cocaine. He disclosed that he had used on Father's Day, June 17, 2012.<br><br>It should also be noted that on May 15, 2012, Mr. Villa submitted a urine sample at First Step Community Counseling Service. The sample was presumptive positive for marijuana |

Prob12C
Re: Villa, Ramiro
June 22, 2012
Page 2

      and methamphetamine. The defendant disclosed he has used methamphetamine approximately 3 days prior and marijuana about 1 week before. This sample was packaged to be sent to the laboratory for confirmation; however the container leaked and the sample was unable to be sent.

2      **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

      **Supporting Evidence**: Ramiro Villa is considered in violation of his term of supervised release for failing to report for drug testing as required on April 30, 2012; and June 9, 2012.

      Mr. Villa was placed on color-line phase testing with First Step Community Counseling Services. He is required to call the color line Monday through Saturday and report for drug testing when the color brown is listed. The defendant was required to report for a drug test on the aforementioned dates and failed to do so.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/22/2012

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

June 25, 2012
Date