PROB 12B
(7/93)

Report Date: August 15, 2013

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 20 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ramiro Josue Villa                Case Number: 2:10CR06090-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 4/1/2010                 Type of Supervision: Supervised Release

Original Offense: Bulk Cash Smuggling, 31 U.S.C. §   Date Supervision Commenced: 7/25/2013
5616 & 5332

Original Sentence: Probation - 36 Months            Date Supervision Expires: 9/24/2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

The defendant has requested to be able to meet with a mental health counselor to address past issues he has encountered with his father. The defendant indicated he has unresolved issues which are a factor in his continuing drug abuse. The defendant seems to be honest in his request and stated he does not feel he can overcome these issues without some assistance from a mental health professional.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/15/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob 12B
**Re: Villa, Ramiro Josue**
**August 15, 2013**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*Signature*
Signature of Judicial Officer

*August 19 2013*
Date

◈PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

Witness: _____  Signed: _____
David L. McCary                                  Ramiro Josue Villa
U.S. Probation Officer                           Probationer or Supervised Releasee

August 15, 2013
Date