PROB 12C
(7/93)

Report Date: November 18, 2013

**United States District Court**

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 18 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Ramiro Josue Villa                Case Number: 0980 2:10CR06090-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 1, 2010

| | | |
|---|---|---|
| Original Offense: | Bulk Cash Smuggling, 31 U.S.C. § 5616 & 5332 | |
| Original Sentence: | 36 months Probation | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: July 25, 2013 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: September 24, 2014 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ramiro Villa is considered in violation of his period of supervised release in the Eastern District of Washington by failing to report for chemical dependancy treatment on November 6, 2013.

The defendant was scheduled for a chemical dependancy treatment intake session on November 6, 2013, and failed to report. The defendant did not call or notify the treatment provider or this officer prior to missing the appointment.

2        **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ramiro Villa is considered to be in violation of his period of supervised release in the Eastern District of Washington by failing to report for random drug tests on September 12, 2013, and October 31, 2013.

3

**Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ramiro Villa is considered to be in violation of his period of supervised release in the Eastern District of Washington by using controlled substances, methamphetamine and marijuana, on or prior to September 16, 2013.

On September 16, 2013, the defendant reported to the probation office in Richland and admitted he had used marijuana and methamphetamine. He signed an admission sheet and agreed to try and address his issues through chemical dependancy treatment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/18/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

11/18/13

Date