PROB 12C
(7/93)

Report Date: November 27, 2013

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Ramiro Josue Villa | | Case Number: 0980 2:10CR06090-001 |
| Address of Offender: | | |
| Name of Sentencing Judicial Officer: | The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: April 1, 2010 | | |
| Original Offense: | Bulk Cash Smuggling, 31 U.S.C. § 5616 & 5332 | |
| Original Sentence: | Probation 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: July 25, 2013 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: September 24, 2014 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 11/18/2013.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ramiro Villa is considered in violation of his period of supervised release in the Eastern District of Washington by using controlled substances, methamphetamine and marijuana, on or prior to November 24, 2013. |
| | On November 26, 2013, the defendant reported for a random urinalysis test. This test returned presumptive positive for the presence of marijuana and amphetamine. The defendant admitted to using both controlled substances and signed an admission form. |

Prob12C
Re: Villa, Ramiro Josue
November 27, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/27/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

12/2/13

Date