PROB 12C
(7/93)

Report Date: December 12, 2013

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**DEC 1 2 2013**

Eastern District of Washington

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ramiro Josue Villa                Case Number: 0980 2:10CR06090-001

Address of Offender: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 1, 2010

Original Offense:      Bulk Cash Smuggling, 31 U.S.C. § 5616 & 5332

Original Sentence:     Probation 36 months            Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Alexander Carl Ekstrom         Date Supervision Commenced: July 25, 2013

Defense Attorney:      Diane E. Hehir                 Date Supervision Expires: September 24, 2014

## PETITIONING THE COURT

To issue a bench warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/18/2013 and 11/27/2013.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |

**Supporting Evidence**: Ramiro Villa is considered in of his period of supervised release in the Eastern District of Washington by failing to report his change of address to probation.

On December 10, 2013, an attempt was made to contact the defendant at his listed address. His mother advised the defendant had not returned home since December 6, 2013. This officer attempted to contact the defendant by phone and text message but no response as been received to date. At this time the defendant's whereabouts are unknown at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/12/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Villa, Ramiro Josue**
**December 12, 2013**
**Page 2**

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

_____
Signature of Judicial Officer

12/12/13
Date