PROB 12C
(7/93)

Report Date: January 8, 2014

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ramiro Josue Villa           Case Number: 0980 2:10CR06090-001

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 1, 2010

Original Offense:        Bulk Cash Smuggling, 31 U.S.C. § 5616 & 5332

Original Sentence:       Probation: 36 months              Type of Supervision: Probation

Asst. U.S. Attorney:     Alexander Carl Ekstrom            Date Supervision Commenced:

Defense Attorney:        Diane E. Hehir                    Date Supervision Expires:

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/11/2013, 11/27/2013 and 12/16/2013.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: Ramiro Villa is considered in violation of his term of supervised release in the Eastern District of Washington by possessing marijuana on or prior to January 8, 2014.<br><br>On January 8, 2014, the U.S. Marshals Service arrested the defendant at his mother's residence. During a search of the defendant's person, a small plastic bag containing a green leafy substance was located in his front pocket. The defendant was not charged with the suspected marijuana, but it was provided to probation to be used in the violation process.<br><br>The suspected marijuana was tested at the probation office with a NIC test on January 8, 2014.  The test confirmed the presence of marijuana. |
| 7 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

Prob12C
Re: Villa, Ramiro Josue
January 8, 2014
Page 2

**Supporting Evidence**: Ramiro Villa is considered in violation of his term of supervised release in the Eastern District of Washington by possessing drug paraphernalia on or prior to January 8, 2014.

As noted above, the defendant was arrested by the U.S. Marshals Service on January 8, 2014. During a search of the defendant's person, a glass pipe with a white residue was located in his front pocket. The defendant was not charged for possessing the paraphernalia but it was provided to probation to be used in the violation process.

The residue was tested at the probation office with a NIC test on January 8, 2014. The test confirmed the presence of methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/09/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

January 10, 2014
Date